**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-08376 JAK (RZx) | Date | June 8, 2012 |
|---|---|---|---|
| Title | Tamara Mordue v. VIP Smoke Shop et al | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| R. Neal for Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On June 7, 2012, plaintiff filed "Notice of Settlement" [15]. The Court sets an Order to Show Cause re Dismissal for July 2, 2012 at 1:30 p.m. If the parties file a dismissal by June 27, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The Scheduling Conference set for June 18, 2012 is vacated.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | ak |