| | |
|---|---|
| 1 | COASTAL PACIFIC LEGAL GROUP |
| 2 | MARK A. GOLOVACH (Cal. Bar No. 220760) |
|   | 501 W. Broadway, Suite 800 |
| 3 | San Diego, California 92101 |
| 4 | Telephone: 619/400-4895 |
|   | Facsimile: 619/684-3601 |
| 5 | |
| 6 | *Attorneys for Plaintiff* |
|   | *TAMARA MORDUE* |
| 7 | |
| 8 | LAW OFFICES OF PETER K. CHU |
|   | PETER K. CHU (Cal. Bar No. 251705) |
| 9 | 601 W. Fifth Street, Suite 800 |
|   | Los Angeles, California 90071 |
| 10 | Telephone: 213/225-5878 |
| 11 | Facsimile: 310/733-5670 |
| 12 | *Attorneys for Defendant* |
|    | *VIP SMOKE SHOP* |
| 13 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAMARA MORDUE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 2:11-cv-08376-JAK-RZ |
| Plaintiff, | ) ) | **ORDER APPROVING STIPULATION TO DISMISS CASE** |
| vs. | ) ) | JS-6 |
| VIP SMOKE SHOP, and DOES 1-10, inclusive, | ) ) ) | |
| Defendants. | ) ) ) ) ) ) | |

ORDER

1  The Court, having reviewed the Stipulation to Dismiss Case, by plaintiff
2  TAMARA MORDUE ("Plaintiff") and defendant VIP SMOKE SHOP ("Defendant"),
3  filed July 6, 2012, and good cause showing, hereby orders the following:
4  Plaintiff's individual claims against Defendant shall be dismissed with
5  prejudice, with each party to bear its own fees and costs.
6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
7
8  DATED: July 6, 2012
9
10
11  _____
12  Honorable John A. Kronstadt
    United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -
ORDER